IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF INDIANA, and STATE OF OKLAHOMA, <br><br> Plaintiffs <br><br> v. <br><br> ANCHOR GLASS CONTAINER, CORPORATION INC., <br><br> Defendant. | Civil Action No. <br><br> 3:18-cv-00943-BJD-JBT |

NOTICE OF APPEARANCE OF STEVEN O'ROURKE

The United States gives notice that Steven O'Rourke will appear as counsel of record for Plaintiff United States of America in this case, as follows:

Steven O'Rourke
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
PO Box 7611 Washington, DC 20044
(202) 514-2779
Fax (202) 514-0097
Steve.Orourke@usdoj.gov
MA Attorney Bar No. 565493

Respectfully submitted,

/s/ Steven O'Rourke
STEVEN O'ROURKE
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-514-2779
Steve.orourke@usdoj.gov